Rod Danielson
Chapter 13 Trustee
4361 Latham Ave., Suite 270
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

To:       Clerk, U.S. Bankruptcy Court

Re:       UNDISTRIBUTED FUNDS

Case No.:  6:06-bk-10821-MJ

Debtor(s):  LESLIE FARIAS
            15371 REGATTA WAY
            LAKE ELSINORE, CA  92530

Explanation of Source: Transmitted herewith for deposit into the Court registry is the check identified below. The check was not deliverable at the address in the Trustee's file. The Trustee, after due diligence, has not been able to locate the payee. Consequently, this check represents undistributed funds in the above referenced matter.

| Payee | Amount |
|---|---|
| LESLIE FARIAS | $774.00 |

Dated: 11/16/10

_____
Rod Danielson, Trustee

cc: Debtor, Attorney, Creditor

ROD DANIELSON                                                                                    Check No. 0332781
Payee: US BANKRUPTCY COURT                                                                       Date: Nov 15, 2010

| Case # | Debtor Name(s) | Account # | Claim # | Payment | Interest | Principal |
|---|---|---|---|---|---|---|
| 0610821 | LESLIE FARIAS | | 00000 | 774.00 | 0.00 | 774.00 |

PLEASE DETACH AND RETAIN THIS STATEMENT AS YOUR RECORD OF PAYMENT    TOTALS:    774.00    0.00    774.00

**ROD DANIELSON**
**CHAPTER 13 TRUSTEE**
4361 Latham Street, Suite 270
Riverside, CA 92501
Tel. (951) 826-8000

LESLIE FARIAS
BALANCE:  [0.00 Claim:00000]
ACCT:
PRINCIPAL: 774.00
CASE: 0610821
INTEREST: 0.00

16-4430
1220

**1ST ENTERPRISE BANK**
818 West Seventh St., #220
Los Angeles, CA 90017

CHECK NUMBER
0332781

CHECK DATE: Nov 15, 2010
AMOUNT: ********774.00**
VOID 45 DAYS FROM DATE

PAY  Seven Hundred Seventy Four And 00 / 100 Dollars

TO THE ORDER OF
**US BANKRUPTCY COURT**
ROD DANIELSON TRUSTEE
3420 TWELFTH STREET
RIVERSIDE, CA 92501

Rod Danielson

⑈0332781⑈ ⑆122044300⑆ ⑈030⑈100078⑈